IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHER DISTRICT OF CALIFORNIA

FILED
07 JUN -1 AM 10: 56
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal Case No. 06CR0865R |
| Plaintiff, ) | |
| v. ) | 7:07CR552 (CLB) |
| CHARLES ERNEST DEWAR, ) aka Michael Carl Peart, ) | |
| Defendant. ) | |

Consent to Transfer of Case
for Plea and Sentence
(Under Rule 20)

I, __Charles Ernest Dewar__, defendant, have been informed that an *indictment* is pending against me in the above designated cause. I wish to plead *guilty* to the offense charged, to consent to the disposition of the case in the __Southern District of New York__ in which I *am held* and to waive trial in the above captioned District.

Dated: __May 25 2007__ at __White Plains, NY__

_____
CHARLES ERNEST DEWAR
(Defendant)

_____
(Witness)

_____
(Counsel for Defendant)

Approved

_____
United States Attorney for the
Southern District of New York

_____
Assistant United States Attorney for the
Southern District of California

I hereby attest and certify on _____
That the foregoing document is a full, true and correct
copy of the original on file in my office and in my legal
custody.

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

By _____ Deputy