

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

June 19, 2007

BY HAND
The Honorable Stephen C. Robinson
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re: United States v. Charles Dewar, a/k/a "Trooper,"
        06 Cr. 311 (SCR)
        07 Cr. 552 (CLB)

Dear Judge Robinson:

    The Government respectfully submits this letter to move to consolidate Indictments 06 Cr. 311 (SCR) and 07 Cr. 552 (CLB) with respect to Charles Dewar on consent of Kerry A. Lawrence and Richard Willstatter, attorneys for Charles Dewar. Indictment 07 Cr. 552 (CLB), which charges Dewar with passport fraud in violation of Title 18, United States Code, Section 1542, was recently transferred to this District from the United States District Court for the Southern District of California pursuant to Rule 20 of the Federal Rules of Criminal Procedure. The parties anticipate that Dewar will enter a plea of guilty before the duty Magistrate Judge on June 27, 2007, in satisfaction of both indictments.

    Thank you for your attention to this matter.

        Very truly yours,

        MICHAEL J. GARCIA
        United States Attorney

        By: _____
        Brent S. Wible
        Assistant United States Attorney
        (914) 993-1928 (phone)
        (914) 682-3392 (fax)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

cc:    Honorable Charles L. Brieant (By Hand)
       Kerry A. Lawrence (By Fax)
       Richard Willstatter (By Fax)