United States District Court
Southern District of New York

___

United States Of America,

vs.

Defendant.

CHARLES DEWAR

___

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE ON A FELONY PLEA ALLOCUTON**

U.S. DISTRICT COURT FILED JUN 27 2007 W.P. OF N.Y.

06 CR 311 (SCR)
Docket 07 CR 552 (CLB)

   The undersigned defendant, advised by my undersigned attorney, consents to a United States Magistrate Judge presiding over the Proceedings required by Rule 11, Fed R. Crim.P., for me to enter a plea of guilty in my case, or to change my plea, if one has previously been made, from not guilty to guilty, in accordance with the Standing Order of the assigned United States District Judge under Miscellaneous Docket M 10-468. I understand that if my plea is accepted, my sentencing will take place before the United States District Judge who is assigned, or who is to be assigned, to my case.

   I understand that I have the absolute right to insist that all Rule 11 proceedings be conducted before an Article III Judge, and hereby represent and confirm to the Magistrate Judge that no promises, or other improper inducements, have been made to cause me to consent to this procedure, and that I do so voluntarily.

   **IN WITNESS WHEREOF** we have executed this consent this 27 day of JUNE, 2007, at the White Plains Courthouse, White Plains, NY

x _____
DEFENDANT

x _____
ATTORNEY FOR DEFENDANT

_____
Attorney for Defendant

_____
MARK D. FOX
U.S. MAGISTRATE JUDGE, S.D.N.Y.

MARK D. FOX
United States Magistrate Judge
Southern District of New York

EXHIBIT