UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT FILED JUL 12 2007 W.P. S.D. OF N.Y.

UNITED STATES OF AMERICA,

-against

CHARLES DEWAR

07 Cr 552(CLB)

ORDER ACCEPTING PLEA ALLOCUTION

BRIEANT, J.

The Court has reviewed the transcript of the plea allocution in the above entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Mark D. Fox, United States Magistrate Judge, dated, June 27, 2007 is approved and accepted.

The Clerk of the Court is directed to enter the plea.

Dated: July 12, 2007

SO ORDERED:

Charles Brieant

CHARLES L. BRIEANT
UNITED STATES DISTRICT JUDGE

MICROFILM
JUL 12 2007
USDC SD NY WP