# Green & Willstatter

Attorneys at Law
200 Mamaroneck Avenue
Suite 403
White Plains, New York 10601

Theodore S. Green  
Richard D. Willstatter

(914) 948-5656  
Fax (914) 948-8730

e-mail: willstatter@msn.com

September 26, 2007

Hon. Stephen C. Robinson
United States District Court
300 Quarropas Street
White Plains, NY 10601

      Re:    <u>United States v. Charles Ernest Dewar</u>
            07 Cr. 552 (SCR)
            06 Cr. 311 (SCR)

Dear Judge Robinson:

     My law firm is moving to a different suite in the same building. As of October 1, 2007, our new address will be:

     Green & Willstatter – Attorneys at Law
     200 Mamaroneck Avenue, Suite 605
     White Plains, New York 10601

     Our telephones and email addresses will remain the same. Thank you for your kind attention.

                        Very truly yours,

                        RICHARD D. WILLSTATTER